Randall J. Roske, Esquire
400 South Fourth Street, Suite 500
Las Vegas, Nevada 89101
(702) 793-4211
e-mail: randallroske@yahoo.com
Attorney for Defendant
Dominique Grace

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br>v.<br><br>**REGGIE PRATT**, et al.,<br><br>Defendants. | **CASE NO. 2:16-CR-00052-GMN-PAL-6** |

**STIPULATION TO CONTINUE ENLARGE TIME WITHIN TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the Defendant, Dominique Grace, by and through his attorney, Randall J. Roske, and the Plaintiff, the United States of America, by and through its attorneys, United States Attorney for the District of Nevada, Phillip Smith, AUSA, that the time within to enlarge the filing of Objections to the Magistrate Judges Findings and Recommendation be enlarged to January 12, 2018.

This Stipulation is entered into for the following reasons:

1. The Magistrate Judge's Findings were filed on December 30, 2017, while defendant's counsel was out of State with his family on Holiday vacation, and was unaware of the decision when he returned to Nevada. That on January 9, 2018 counsel while accessing Pacer first learned of the decision.

2. That the United States Attorney's office is in agreement with the continuance.

3. The Defendant is incarcerated, and requests this relief.

4. This is the first request for an enlargement of time to file Objections to the finding of Competency in this matter.

DATED this 10th day of January, 2018.

United States Attorney
District of Nevada

_____/s/_____
Randall J. Roske, Esquire
Attorney for Dominique Grace
Defendant

_____/s/_____
Phillip Smith, AUSA
Attorneys for the United States
of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br> v. <br><br> **REGGIE PRATT**, et al., <br><br> Defendant. | **CASE NO. 2:16-CR-00052-GMN-PAL-6** |

**ORDER**

BASED upon the Stipulation of the parties, and good cause appearing therefore;

IT IS HEREBY ORDERED that the time within which to file written Objections to the Magistrate Judge's Findings and Recommendation as to Competency of Dominique Grace, be enlarged to January 12, 2018.

DATED this   12  day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court